UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1745 DWF/RLE

DORIS MARIE CARLSON LEITZKE, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

ORDER

Upon application of Defendant, no hearing hereon being deemed necessary, and for cause shown, it is hereby

ORDERED that Defendant United States shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiffs to January 15, 2002.

Dated: NOV 21 2001

United States Magistrate Judge

FILED NOV 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6