**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**
**DWF/RLE**

| | | |
|---|---|---|
| **Doris Marie Carlson Leitzke, Patricia Spanie Harriman, Gail Christine Spanie Prouty, Joan Odile Spanie Marusich, John Herbert Spanie, Jr., Suzanne Marie Peterson, Christopher Joseph Peterson, Joseph Michael Peterson, Michael Anthony Peterson, Elizabeth Ann Peterson Zolov, Patrick J. Rush, Michael Rush, Kathleen M. Rush Ek, Joy K. Adamiak Larson, Bernice Adamiak, Michelle Adamiak, James Adamiak,** and **John Adamiak** | ) | **CIV NO. 01-CV-1745** |
| Plaintiffs, | ) | |
| v. | ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER** |
| **United States of America, State of Minnesota** and **City of Tower, Minnesota** | ) | |
| Defendants. | ) | |

Whereas this lawsuit involves remote property located within the exterior boundaries of the Voyagers National Park; and

Whereas this action requires consultation and coordination between two United States Agencies, namely, the National Park Service and the Bureau of Indian Affairs; and

Whereas Defendant United States of America through these agencies is locating and compiling the real estate documents related to the property at issue; and

Whereas Defendant United States of America has made and is making a good faith effort to locate such documents and has communicated regularly with counsel for the Plaintiffs regarding those efforts and the necessity for an extension for time to answer; and

Whereas Defendants City of Tower and State of Minnesota have communicated regularly with Plaintiffs' counsel regarding the necessity for an extension of time to answer and Plaintiff's counsel has no objection to those requests, which counsel views as reasonable under the circumstances; and

Whereas neither Plaintiffs nor Defendants believe that any prejudice will arise if this Court grants a limited extension of time to answer.

(7)

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW THEREFORE the parties agree and stipulate as follows:

Defendants United States of America; State of Minnesota and City of Tower may answer Plaintiffs' Complaint on or before January 15, 2002 and any such answer will be considered timely.

BY THE COURT

It is so ordered.

Dated: 11/26/01

United States Magistrate Judge

Mary E. Schwind, Esq.
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
ATTORNEYS FOR THE PLAINTIFFS

Matt Seltzer, Esq.
Minnesota Attorney Generals Office
445 Minnesota Street, Suite 900
St. Paul MN 55101-2127

ATTORNEY FOR STATE OF MINNESOTA

Mark C. Weir, Esq.
Mark C. Weir Law Office
415 Main Street – Spruce Entrance
P.O. Box 416
Tower MN 55790
ATTORNEY FOR CITY OF TOWER

Greg Brooker, Esq.
United States Attorney's Office
District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
ATTORNEY FOR UNITED STATES OF AMERICA