**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DORIS MARIE CARLSON LEITZKE, ET AL., Civil No. 01-1745 (DWF/RLE)

Plaintiffs,

v. **ORDER OF REFERENCE**

UNITED STATES OF AMERICA,
STATE OF MINNESOTA and
CITY OF TOWER, MN,

Defendants.

---

Lenor Scheffler, Esq., Prairie Island Indian Community, Prairie Island Administration Building, 5636 Sturgeon Lake Road, Welch, MN 55089, counsel for Plaintiffs.

Roylene Champeaux, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415 and Matthew Seltzer, Esq., Suite 900, Minnesota Attorney General, 445 Minnesota Street, St. Paul, MN 55101 and Mark Weir, Esq., Weir Law Office, P.O. Box 416, Tower, MN 55790, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant State of Minnesota's Motion to Dismiss is referred to Magistrate Judge Raymond L. Erickson.

This referral order is based on the letter of service received from defense counsel (Docket No. 10). Counsel are directed to call and schedule the motion with Calendar Clerk Vicki Miller at 218-529-3520.

Dated: January 16, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 16 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______