UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

* * * * * * * * * * * * * * * * * *

Doris Marie Carlson Leitzke,
et al.,

Plaintiffs,

vs. NOTICE OF HEARING

United States of America,
et al.,

Defendants. Civ. No. 01-1745(DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of February, 2002.

* * *

The Defendant State of Minnesota has filed a Motion to Dismiss. The Motion has been referred to the undersigned, and a Hearing has been set for 11:00 a.m., on Thursday, February 28, 2002, in Duluth, Minnesota. The Court has a scheduling conflict and the Hearing is reset for **10:00 a.m., Thursday, February 28, 2002, Court Room 8E, United States Courthouse, Minneapolis, Minnesota.**

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

19

FILED FEB 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK