**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

**Doris Marie Carlson Leitzke, Patricia Spanie Harriman, Gail Christine Spanie Prouty, Joan Odile Spanie Marusich, John Herbert Spanie, Jr., Suzanne Marie Peterson, Christopher Joseph Peterson, Joseph Michael Peterson, Michael Anthony Peterson, Elizabeth Ann Peterson Zolov, Patrick J. Rush, Michael Rush, Kathleen M. Rush Ek, Joy K. Adamiak Larson, Bernice Adamiak, Michelle Adamiak, James Adamiak,** and **John Adamiak**

Plaintiffs,

v.

**United States of America, State of Minnesota** and **City of Tower, Minnesota**

Defendants.

**CIV NO. 01-1745**

**DWF/RLE**

**STIPULATION AND ORDER FOR DISMISSAL**

**WHEREAS,** Defendant United States of America through the Acting Regional Director of the National Park Service has filed a Disclaimer in the above captioned lawsuit declaring that except as to holding title in trust for the use and benefit of the heirs of the individual Indian allottees of the property at issue in the lawsuit, the United States disclaims any interest and does not intend to assert any right, title or interest, possessory or otherwise in or to the tracts of land at issue in the lawsuit for use as part of Voyageurs National Park; and

**WHEREAS,** the Disclaimer filed by the United States has mooted the issue of title raised in Plaintiff's Complaint;

FEB 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**NOW THEREFORE,** the undersigned, being fully authorized by their respective clients, do hereby stipulate and agree that the above-captioned lawsuit be dismissed without costs or disbursements to any party and that the Court may enter its Order consistent with the same without further notice or appearance by any party.

Mariana R. Shulstad (#137820)
Mary E. Schwind (#270623)
Hugh M. Maynard (#69176)

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
612-335-1500

ATTORNEYS FOR THE PLAINTIFFS

Jon K. Iverson (MN#146389)
Jason J. Kuboushek (MN#304037)
8585 West 78th Street
Suite 230
Bloomington MN 55438-1000

ATTORNEYS FOR DEFENDANT
CITY OF TOWER

Matthew B. Seltzer (MN#130874)
Assistant Attorney General
Minnesota Attorney General's Office
1100 NCL Tower
445 Minnesota Street
St. Paul MN 55110

ATTORNEYS FOR DEFENDANT
STATE OF MINNESOTA

Roylene A. Champeaux (MN#154805)
Assistant United States Attorney
600 United States Courthouse
300 South Fourth Street
Minneapolis MN 55415

ATTORNEYS FOR DEFENDANT
UNITED STATES

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **Doris Marie Carlson Leitzke, Patricia Spanie Harriman, Gail Christine Spanie Prouty, Joan Odile Spanie Marusich, John Herbert Spanie, Jr., Suzanne Marie Peterson, Christopher Joseph Peterson, Joseph Michael Peterson, Michael Anthony Peterson, Elizabeth Ann Peterson Zolov, Patrick J. Rush, Michael Rush, Kathleen M. Rush Ek, Joy K. Adamiak Larson, Bernice Adamiak, Michelle Adamiak, James Adamiak,** and **John Adamiak** | ) | **CIV NO. 01-1745** <br> **DWF/RLE** |
| Plaintiffs, | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| **United States of America, State of Minnesota** and **City of Tower, Minnesota** | ) | |
| Defendants. | ) | |

Pursuant to the Parties' Stipulation this matter is dismissed without prejudice, with each party bearing its own attorneys' costs and fees.

Dated: Feb 20, 2002

Hon. Donovan W. Frank
Judge of the District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2185065v1